

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00048-CV

## IN RE GERMANIA INSURANCE COMPANY
## AND
## GERMANIA FARM MUTUAL INSURANCE ASSOCIATION

### Original Proceeding

### From the 12th District Court
### Madison County, Texas
### Trial Court No. 22-17240

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus was filed on February 8, 2023. Relator's Motion to Dismiss Mandamus was filed on February 22, 2023. The Court grants the motion and dismisses the Petition for Writ of Mandamus.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Motion granted
Petition dismissed
Opinion delivered and filed March 1, 2023
[OT06]

